UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON NOELE HARRIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national association, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:12-cv-05629-JSW<br><br>[Assigned to the Hon. Jeffrey S. White]<br><br>**ORDER GRANTING REQUEST TO WITHDRAW PENDING MOTION TO DISMISS AND SETTING DEADLINE FOR WELLS FARGO TO FILE AN AMENDED MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

Having read and considered the foregoing joint stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. Defendant Wells Fargo's request to withdraw its pending motion to dismiss (Doc. 16) is GRANTED. The hearing date on this motion to dismiss (March 29, 2013) is hereby vacated.

///

2. Defendant Wells Fargo shall have until December 28, 2012 to file an amended motion to dismiss the first amended complaint. The amended 12(b)(6) motion shall conform with the Court's Civil Standing Order.

Dated: January 2, 2013, ~~2012~~

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE