ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11   SHARON NOELE HARRIS, an individual,        Case No.:  3:12-cv-05629-JSW

12                     Plaintiff,               [Assigned to the Hon. Jeffrey S. White]

13          v.                                  **ORDER GRANTING REQUEST TO
                                                WITHDRAW PENDING MOTION TO**
14   WELLS FARGO BANK, N.A., a national         **DISMISS AND SETTING DEADLINE**
     association, and DOES 1 through 50, inclusive,  **FOR WELLS FARGO TO FILE AN**
15                                              **AMENDED MOTION TO DISMISS THE**
                      Defendants.               **FIRST AMENDED COMPLAINT**
16

17

18

19

20

21

22

23          Having read and considered the foregoing joint stipulation, and good cause appearing:

24   **IT IS HEREBY ORDERED:**

25          1.       Defendant Wells Fargo's request to withdraw its pending motion to dismiss

26          (Doc. 16) is GRANTED.  The hearing date on this motion to dismiss (March 29,

27          2013) is hereby vacated.

28   / / /

2.      Defendant Wells Fargo shall have until December 28, 2012 to file an amended motion to dismiss the first amended complaint.  The amended 12(b)(6) motion shall conform with the Court's Civil Standing Order.

Dated: ___January 2, 2013____, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

93000/FR0627/00549285-1

2

CASE NO. 3:12-CV-05629-JSW
ORDER RE FILING AMENDED
MOTION TO DISMISS