UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARON NOELLE HARRIS,

   Plaintiff,

v.

WELLS FARGO BANK, N.A.,

   Defendant.

Case No.  12-cv-05629-JST

**ORDER RE: RESPONSE TO ORDER TO SHOW CAUSE**

Re: ECF No. 53

The Court is in receipt of Defendant Wells Fargo Bank, N.A.'s response to the Court's Order to Show Cause why this action should not be remanded for lack of subject matter jurisdiction.  In its response, Wells Fargo requests a stay of this action rather than remand.

The Court hereby ORDERS Plaintiff to file a response to Wells Fargo's request, indicating whether she supports or opposes a stay, by January 31, 2014.  If Plaintiff supports a stay, the Court will stay this action for no more than six months.  If Plaintiff opposes a stay, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated:  January 15, 2014

_____
JON S. TIGAR
United States District Judge